

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-13-00704-CV

**BILL MILLER BAR-B-Q ENTERPRISES LTD.,**
Appellant

v.

Faith H. **GONZALES,**
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361586
Honorable Tina Torres, Judge Presiding

# O R D E R

On May 28, 2014, this court rendered an order stating that oral argument would not significantly aid the court in its determination of the issues, and therefore, this appeal would be submitted on briefs on July 8, 2014. In the order we noted that either party was entitled to file a motion to reconsider the court's determination regarding oral argument.

On June 6, 2014, appellant filed a motion to reconsider, asking this court to permit oral argument. On June 12, 2014, appellee filed a motion opposing appellant's motion to reconsider, asking this court to deny appellant's motion and stand by its original decision to submit the appeal on briefs. After considering the motion and the response, we **GRANT** the motion to reconsider and **ORDER** the appeal to be submitted on oral argument. However, the appeal will not be submitted or argued on July 8, 2014, the date set out in our May 28, 2014 order. Rather, we **ORDER** the submission date of July 8, 2014, withdrawn. This appeal will be submitted on oral argument at a date and time to be determined by this court. The parties will be notified when the court determines the date and time of submission and oral argument.

It is so **ORDERED** on June 13, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court